CIVIL, CLOSED, STAYED

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02875-GEB-EFB
## Internal Use Only

Strange v. Merck & Company, Inc. et al
Assigned to: Judge Garland E. Burrell, Jr
Referred to: Magistrate Judge Edmund F. Brennan
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/21/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jerry Strange**                    represented by **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.**            represented by **Dana A. Blanton**
Reed Smith LLP (San Francisco)
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(510) 466-6740
Fax: (510) 273-8832
Email: dblanton@reedsmith.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Michael Hara**
Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832
Email: khara@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**                represented by **Anthony G Brazil**
                                         Morris Polich & Purdy, LLP
                                         1055 West 7th Street
                                         24th Floor
                                         Los Angeles, CA 90017
                                         213891-9100 5120
                                         Fax: 213488-1178
                                         Email: abrazil@mpplaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kanika D. Corley**
                                         Morris Polich and Purdy
                                         1055 West Seventh Street
                                         24th Floor
                                         Los Angeles, CA 90017
                                         (213) 891-9100
                                         Fax: (213) 488-1178
                                         Email: kcorley@mpplaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Corporation**       represented by **Anthony G Brazil**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kanika D. Corley**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**                                  represented by **Peter Edward Schnaitman**
                                                Tucker Ellis and West
                                                1000 Wilshire Boulevard
                                                Suite 1800
                                                Los Angeles, CA 90017-2475
                                                213-430-3400
                                                Email:
                                                peter.schnaitman@tuckerellis.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Tae-Yoon Kim**
                                                Tucker Ellis & West
                                                1000 Wilshire Boulevard
                                                Suite 1800
                                                Los Angeles, CA 90017
                                                213-430-3400
                                                Fax: 213-430-3409
                                                Email: tae.kim@tuckerellis.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**                       represented by **Peter Edward Schnaitman**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**G D Searle LLC**                              represented by **Peter Edward Schnaitman**
*formerly known as*                             (See above for address)
G.D. Searle & Co.                               *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2006 | 1 | NOTICE of REMOVAL *of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number JCCP4247/BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C-D# 4 Exhibit E-H# 5 Civil Cover Sheet)(Blanton, Dana) (Entered: 12/21/2006) |
| 12/21/2006 | 2 | NOTICE by Merck & Company, Inc.. *Defendant Pfizer Inc., Pharmacia Corporation and G.D. Searle LLC's Consent to Removal of Action Under 28 U.S.C. Section 1441(B)* (Blanton, Dana) (Entered: 12/21/2006) |
| 12/21/2006 |  | RECEIPT number 202 17119 for $350.00 for New Case Filing Fee from Dana A. Blanton. (Donati, J) (Entered: 12/21/2006) |
| 12/21/2006 | 4 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 3/26/2007 at 09:00 AM in Courtroom 10 (GEB) |

| | | | |
|---|---|---|---|
| | | | before Judge Garland E. Burrell Jr.. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Donati, J) (Entered: 12/21/2006) |
| 12/21/2006 | | ●5 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-02609, 2:06-cv-00082, 2:06-cv-02399, 2:06-cv-00281 by Merck & Company, Inc.. *including 2:06-cv-00281, 2:06-cv-00324, 2:06-cv-00330, 2:06-cv-00477, 2:06-cv-0487, 2:06-cv-0583, 2:06-cv-0593, 2:06-cv-0617, 2:06-cv-00653, 2:06-cv-0675, 2:06-cv-0692, 2:06-cv-0690, 2:06-cv-00694, 2:06-cv-0718, 2:06-cv-0728, 2:06-cv-0774, 2:06-cv-2:06-cv-01294, 2:06-cv-1313, 2:06-cv-00993, 2:06-cv-001597, 1:06-cv-01006, 2:06-cv-01826, 2:06-cv-1845, 2:06-cv-1941, 2:06-cv-1954, 2:06-cv-01957, 2:06-cv-01973, 2:06-cv-1977, 2:06-cv-01978, 2:06-cv-02079, 2:06-cv-02102, 2:06-cv-02103, 2:06-cv-02093, 2:06-cv-02215, 2:06-cv-02281, 2:06-cv-02284, 2:06-cv-02285, 2:06-cv-2275, 2:06-cv-02283, 2:06-cv-2215, 2:06-cv-2332, 2:06-cv-2350, 2:06-cv-2362, 2:06-cv-2352, 2:06-cv-2354, 2:06-cv-2348, 2:06-cv-2351, 2:06-cv-2349, 2:06-cv-2346, 2:06-cv-02344, 2:06-cv-02480, 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02568, 2:06-cv-02563, 2:06-cv-02560, 2:06-cv-02574, 2:06-cv-02575, 2:06-cv-02598, 02599, 2:06-cv-02600, 2:06-cv-02601, 2:06-cv-02717, 2:06-cv-02768, 2:06-cv-02776, 2:06-cv-02780, 2:06-cv-02807, 2:06-cv-02787, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02812, 2:06-cv-02826, 2:06-cv-02830, 2:06-cv-02829, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02583* (Blanton, Dana) (Entered: 12/21/2006) |
| 12/21/2006 | | ●6 | NOTICE of RELATED CASE by Merck & Company, Inc.. *Please Note this Replaces Document No. 5. The Caption was incorrect all related case numbers are the same.* (Blanton, Dana) (Entered: 12/21/2006) |
| 12/22/2006 | | ●7 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc. Attorney Kim, Tae-Yoon added.(Kim, Tae-Yoon) (Entered: 12/22/2006) |
| 12/28/2006 | | ●8 | MOTION to STAY *All Proceedings Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation* by Merck & Company, Inc.. Motion Hearing set for 2/5/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Declaration of Dana A. Blanton# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Proposed Order)(Blanton, Dana) (Entered: 12/28/2006) |
| 12/29/2006 | | ●9 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/29/2006) |
| 01/02/2007 | | ●10 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 01/02/2007) |

| 01/10/2007 | 🌀 11 | MOTION to REMAND *Notice of Motion* by Jerry Strange. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/20/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Andrea J. McNeil # 3 Exhibit A - E to the Declaration of Andrea J. McNeil # 4 Proposed Order Granting Plaintiffs' Motion to Remand (McNeil, Andrea) Modified on 1/12/2007 (Carlos, K). (Entered: 01/10/2007) |
| 01/15/2007 | 🌀 12 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. Attorney Hara, Kevin Michael added. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 🌀 13 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/18/2007 | 🌀 14 | OPPOSITION to dft Merck's 8 MOTION to STAY *All Proceedings Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation.* (Attachments: # 1 Declaration Andrea J. McNeil# 2 Exhibit A-F# 3 Exhibit G-I)(McNeil, Andrea) Modified on 1/24/2007 (Carlos, K). (Entered: 01/18/2007) |
| 01/29/2007 | 🌀 15 | REPLY to RESPONSE to MOTION re 8 MOTION to STAY *All Proceedings Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation.* (Attachments: # 1 Declaration of Dana A. Blanton# 2 Exhibit A-E# 3 Exhibit F# 4 Exhibit G-H)(Blanton, Dana) (Entered: 01/29/2007) |
| 01/29/2007 | 🌀 16 | ORDER signed by Judge Garland E. Burrell Jr. on 1/26/07 ORDERING that the pending motions are deemed withdrawn and all hearings on the motions vacated, with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657. Upon entry of this Order, further proceedings in this action are stayed pending decision on whether this action will be transferred to MDL-1657, except that Defendant Merck & Company, Inc. shall file a status report no later than 3/26/2007, in which it explains the status of its effort to transfer this action to MDL-1657.(Mena-Sanchez, L) (Entered: 01/29/2007) |
| 03/16/2007 | 🌀 17 | STATUS REPORT by Merck & Company, Inc.. (Attachments: # 1 Exhibit Conditional Transfer Order)(Blanton, Dana) (Entered: 03/16/2007) |
| 04/04/2007 | 🌀 18 | AMENDED NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc. (Hara, Kevin) Modified on 4/4/2007 (Brown, T). (Entered: 04/04/2007) |
| 06/28/2007 | 🌀 19 | MDL ORDER, CASE TRANSFERRED to USDC Northern District of |

| | | | California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Mena-Sanchez, L) (Entered: 06/28/2007) |
| 06/28/2007 | | ❶20 | TRANSMITTAL of DOCUMENTS on *6/28/2007* to * USDC Northern District of California* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: Notice of Removal, Transfer order and a copy of the docket sheet *. (Mena-Sanchez, L) (Entered: 06/28/2007) |