UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA® AND CELEBREX® MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699<br>Case No. C 07-3446 CRB<br><br>Judge Charles R. Breyer |
| JERRY STRANGE,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, JERRY STRANGE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), hereby stipulate to the dismissal without prejudice of Plaintiff JERRY STRANGE's action, with each side bearing its own attorneys' fees and costs.

Should Plaintiff, JERRY STRANGE, or a representative of Plaintiff, attempt to refile a claim against Defendants, they should do so only by refiling in the United States District Court.

DATED: 8/30/07

HACKARD & HOLT

By: _____
Alissa S. Holt, Esq. (CA SBN 217005)
HACKARD & HOLT
11335 Gold Express Drive, Suite 105
Gold River, California 95670

1

Telephone: 916-853-3000
Facsimile: 916-853-3010
Email: aholt@hackardlaw.com
Attorneys for Plaintiff, JERRY STRANGE

DATED: 9-4-07

GORDON & REES

By _____
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Telephone: 415-986-5900
Facsimile: 415-986-8054
Email: sgordon@gordonrees.com
Attorneys for Defendant

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED:_____                    _____
                                    HONORABLE CHARLES R. BREYER
                                    United States District Court Judge

2